PS 157 Lofts LLC et al., Respondents, v Kimberly Austin et al., Appellants.

Submitted January 5, 2015; decided February 19, 2015

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that the November 2014 Appellate Division order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judges Stein and Fahey taking no part.

Vilma M. Sanchez, Respondent, v Farbod F. Hay et al., Appellants.

Submitted January 20, 2015; decided February 19, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judges Stein and Fahey taking no part.

In the Matter of Michele M. Simms-Parris (Admitted as Michele Marie Simms-Parris), a Disbarred Attorney, Appellant. Grievance Committee for the Ninth Judicial District, Respondent.

Submitted January 5, 2015; decided February 19, 2015

Motion for reargument denied [see 24 NY3d 1039 (2014)]. The order from which leave to appeal was sought is not an order of the type provided for in CPLR 5602 (a) (2). Motion for a stay dismissed as academic.

Judges Stein and Fahey taking no part.